IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 1:23-cv-00244

THOMAS and JILL STANSFIELD,

Plaintiffs,

v.

STATE FARM FIRE AND CASUALTY COMPANY,

Defendant.

## NOTICE OF ENTRY OF APPEARANCE OF WILLIAM G. DEWEY

William G. Dewey of Gordon Rees Scully Mansukhani, LLP hereby enters his appearance on behalf of Defendant State Farm Fire and Casualty Company.

Dated this 27th day of January 2023.

**GORDON REES SCULLY MANSUKHANI, LLP**

 *s/ William G. Dewey*
Katherine K. Kust
William G. Dewey
555 Seventeenth Street, Ste. 3400
Denver, Colorado 80202
(303) 534-5160
kkust@grsm.com
wdewey@grsm.com

ATTORNEYS FOR DEFENDANT

- 2 -

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on January 27, 2023, the above and foregoing was electronically filed with the Clerk of the United States District Court using the CM/ECF system.

      *s/ Lisa Riggenbach*
      Gordon Rees Scully Mansukhani, LLP